```
GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
    18425 BURBANK BLVD., SUITE 708
    TARZANA, CA  91356
    818-708-2585
Attorneys for the Plaintiff
```



FILED
CLERK, U.S. DISTRICT COURT
APR - 2 1993
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | COURT NO: 93 A 30052 |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| CHARLOTTE LESTER | |
| Defendant(s). | |



ENTERED
CLERK, U.S. DISTRICT COURT
APR - 2 1993
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHARLOTTE LESTER the sum of $1,962.69 as principal, $1,517.34 as accrued prejudgment interest, $140.00 administrative charges, and $20.00 costs, plus $400.00 attorney fees for a total amount of $3,640.03, plus interest from MARCH 17, 1993 at the rate of $.48 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: APR - 2 1993

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

R. L. BYER

By: _____
    Deputy Clerk